# EXHIBIT A

442061v1



Login | Contact Us | Shopping Cart | Home

**515 S 48th St Ste. 101**
**Tempe, AZ 85281**
**Phone: 480-967-1151**
**Fax: 480-967-2202**
keith@klruniversalsourcing.com
keithr23@aol.com

## YOU'VE COME TO THE RIGHT SITE.

You've come to the right site. Whether you are looking for a specific item or just browsing for ideas, our site is your one-stop shopping source. From fun items to the traditional, you can easily shop for some of the hottest items on the market.

**Quickly and easily find products to:**
Improve traffic at trade shows • Motivate staff
Thank a customer • Increase safety awareness

When you are ready to buy, our secure check out makes it safe, easy and convenient. Or, if you are just browsing, use the 'contact us' option and we'll get back to you.



**Shop For Products**
[ Keyword ]  [ Shop! ]
Price $ [   ]  To $ [   ]

**The Gift Book**

**New & Trendy**

**Featured Products**

**$1000 Drawing**

**Order Our Catalog**

**Promotion Connection**

**2011 KLR Universal Sourcing Direct Import Catalog**

Ballpoint Pen with White barrel 

Identification Tag 

Soft Polyester Webbing Lanyard 

First Place Winner Golf without Base 

Corrugated Plastic Sign 

Direct Mail Gift Card 

View More New & Trendy

Login | Contact Us | Shopping Cart | Home