# EXHIBIT B

442061v1

US00D503739S

(12) **United States Design Patent**   (10) Patent No.:   **US D503,739 S**
Goldberg                              (45) Date of Patent:  ** Apr. 5, 2005

(54) **WRITING IMPLEMENT WITH CARABINER**

(76) Inventor: Edward Goldberg, 501 Reis Ave., Teaneck, NJ (US) 07666

(**) Term: **14 Years**

(21) Appl. No.: 29/179,838

(22) Filed: **Apr. 15, 2003**

(51) LOC (7) Cl. .................................................. **19-06**
(52) U.S. Cl. ..................... D19/36; D19/46; D19/54; D8/356
(58) Field of Search ................. D19/35, 36, 41–51, D19/53–58, 81–85; 401/52, 195; D8/356, 383, 367, 370; D3/208–211; 24/573.5, 583.1, 598.1, 599.5, 11 M, 600.1; D11/164; 70/456 R, 459; 224/255

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,563,430 A | * | 2/1971 | Forrest ........................ | 224/255 |
| RE32,656 E | * | 4/1988 | Bellavance .................. | 401/104 |
| 4,765,767 A | | 8/1988 | Marynissen et al. ......... | 401/213 |
| D300,087 S | * | 3/1989 | Henderson .................. | D3/209 |
| 4,833,902 A | * | 5/1989 | Mori ........................... | 70/456 R |
| D332,625 S | * | 1/1993 | LaPerche .................... | D19/44 |
| 5,270,909 A | | 12/1993 | Weiss et al. ................. | 362/208 |
| 5,463,798 A | | 11/1995 | Wurzer ....................... | 24/599.5 |
| D407,212 S | * | 3/1999 | Molaro ....................... | D3/211 |
| 6,223,372 B1 | | 5/2001 | Barber ........................ | 7/118 |
| D449,857 S | * | 10/2001 | Rosenbaum ................. | D19/44 |
| D468,770 S | * | 1/2003 | Rosenbaum ................. | D19/44 |
| D474,239 S | * | 5/2003 | Rosenbaum ................. | D19/44 |
| D490,296 S | * | 5/2004 | Shaljian ...................... | D8/356 |

OTHER PUBLICATIONS

Internet web page—New Dimensions of Carabiner Pens. Copy, catalog page "Fiskars Hip Clip".

* cited by examiner

*Primary Examiner*—Martie K. Holtje
(74) *Attorney, Agent, or Firm*—Kaplan & Gilman, LLP

(57) **CLAIM**

The ornamental design for a writing implement with carabiner, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the writing implement with carabiner according to my design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a left side elevational view thereof;
FIG. 4 is a right side elevational view thereof;
FIG. 5 is a top plan view thereof;
FIG. 6 is a bottom plan view thereof;
FIG. 7 is a perspective view of a second embodiment of my design of FIG. 1;
FIG. 8 is a perspective view of a third embodiment of my design of FIG. 1;
FIG. 9 is a perspective view of a fourth embodiment of my design of FIG. 1;
FIG. 10 is a perspective view of a fifth embodiment of my design of FIG. 1; and,
FIG. 11, is a perspective view of a sixth embodiment of my design of FIG. 1.
The broken lines shown on the drawings are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





FIG. 1

**U.S. Patent**  Apr. 5, 2005  Sheet 2 of 5  US D503,739 S



FIG. 2  FIG. 3  FIG. 4

FIG. 5  FIG. 6



FIG. 7

FIG. 8



FIG. 9

FIG. 10

U.S. Patent  Apr. 5, 2005  Sheet 5 of 5  US D503,739 S



FIG. 11