# EXHIBIT G

442061v1



# 2011 NEW CATALOG

MORE ECO-FRIENDLY PRODUCTS

www.klruniversalsourcing.com



KLR Holding LLC dba Universal Sourcing



Keith Rosenzweig
KLR Holding LLC dba Universal Sourcing
515 S. 48th St. Suite 101
Tempe, AZ 85281
PH: (480) 967-1151
FAX: (480) 967 2202
Email: keith@klruniversalsourcing.com

**PLASTIC PENS**

| | |
|---|---|
| U8850 | U8854 |
| U8848 | U8853 |
| U8843 | U8852 |
| U9327 | U8048 |
| U9672 | U9674 |
| U9671 | U9673 |

**PLASTIC PENS**

PLASTIC PENS

U9678 NAILCUTERKALIPEN
U9334
U9679
U8062
U9677
U9678
U8857
U9675
U8057
U9351
U8855
U8856

PLASTIC PENS

TOOL KIT

U8259

U8492
> tool kit with 6 bits

U9756
6PCS TOOL KITS WITH LIGHT
NEW

U8815
unit size: 9x5.5x2.5CM
> tool kit with screwdrivers, LED keychain and tape measure

U8256
> carabiner tool kit

TOOL KIT







